1  Jean-Yves Lendormy (101695)
   Jethro S. Busch (099406)
2  LUSCUTOFF, LENDORMY & ASSOCIATES
   One Post Street, Suite 2100
3  San Francisco, CA 94104
   Tel: (415) 989-7500
4  Fax: (415) 989-1465

5  Attorneys for plaintiff and counter-defendant
   BV Rights Anstalt, a Liechtenstein
6  establishment

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BV Rights, Anstalt,                    )  Case No. C 04-04839 SC
   a Liechtenstein establishment,         )
12                                        )  **STIPULATION GRANTING LEAVE TO**
              Plaintiff and Counter-Defendant, ) **FILE A THIRD AMENDED COMPLAINT**
13                                        )
   vs.                                    )
14                                        )  AND ORDER
   Abaxis, Inc., a California corporation, and Does )
15 1-5,                                   )
                                          )
16            Defendants and Counter-Claimants )
                                          )
17

18         WHEREAS, on May 16, 2005, Abaxis, Inc. ("Abaxis") filed a Motion to Strike

19 Portions of Second Amended Complaint (the "Motion" and set it for hearing on July 8, 2005;

20         WHEREAS, BV Rights Anstalt ("BV Rights") has agreed to address the issues raised

21 in the Motion by amending the operative complaint in the form of a Third Amended Complaint, a true

22 and correct copy of which is attached hereto as Exhibit 1;

23         WHEREAS, the parties stipulate to the filing of the Third Amended Complaint, in the

24 form attached hereto as Exhibit 1;

25         IT IS THEREFORE STIPULATED AND AGREED by and between plaintiff and

26 counter-defendant BV Rights on the one hand, and defendant and counter-claimant Abaxis, Inc. on the

27 other hand, by and through their respective counsel, as follows:

28         1.      BV Rights shall file at once its Third Amended Complaint; and

2. Upon the filing by BV Rights of its Third Amended Complaint, Abaxis' pending motion to strike portions of BV Rights' second amended complaint (which is currently set for hearing at 10:00 a.m. on July 8, 2005 in Courtroom 1) shall be removed from the Court's calendar. Abaxis shall timely respond to BV Rights' Third Amended Complaint.

Dated: June 24, 2005

LUSCUTOFF, LENDORMY & ASSOCIATES

By: _____
JEAN-YVES LENDORMY
Attorney for Plaintiff and Counter-Defendant BV Rights Anstalt

Dated: June 27, 2005

DLA PIPER RUDNICK GRAY CARY WARE US LLP

By: _____
Diana Ng Fung
Attorney for Defendant and Counter-Claimant Abaxis, Inc.

\cmp\3rd\stip

**IT IS SO ORDERED**
Senior Judge Samuel Conti

6/28/05