1  RICHARD I. YANKWICH (Bar No. 089924)
   DIANA NG FUNG (Bar No. 185175)
2  RAJIV DHARNIDHARKA (Bar No. 234756)
   **DLA PIPER RUDNICK GRAY CARY US LLP**
3  2000 University Avenue
   East Palo Alto, CA  94303-2248
4  Tel: 650.833.2000
   Fax: 650.833.2001
5
   Attorneys for Defendant and Counter-Claimant
6  ABAXIS, INC.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  BV RIGHTS ANSTALT, a Lichtenstein establishment, | CASE NO. C 04-4839 SC |
| 13           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING ABAXIS, INC. LEAVE TO FILE A FIRST AMENDED ANSWER TO THIRD AMENDED COMPLAINT & AFFIRMATIVE DEFENSES** |
| 14      v. | |
| 15  ABAXIS, INC., a California corporation, | |
| 16           Defendants. | |
| 17 | Judge:         Samuel Conti<br>Action filed:  November 12, 2004 |
| 18  ABAXIS, INC., a California corporation, | |
| 19           Counter-Claimant, | |
| 20      v. | |
| 21  BV RIGHTS ANSTALT, a Lichtenstein establishment, | |
| 22 | |
| 23           Counter-Defendant. | |

24

25      WHEREAS, discovery in this matter is still in its early stages;

26      WHEREAS, neither party will be prejudiced by Abaxis, Inc. ("Abaxis") filing an

27  amended answer to the Third Amended Complaint of BV Rights Anstalt ("BV Rights");

28      WHEREAS, the parties stipulate to the filing of Abaxis' First Amended Answer to Third

-1-

1  Amended Complaint & Affirmative Defenses ("Amended Answer"), in the form attached hereto
2  as Exhibit 1;
3      IT IS THEREFORE STIPULATED AND AGREED by and between BV Rights on the
4  one hand, and Abaxis on the other hand, by and through their respective counsel, as follows:
5  Abaxis shall file its Amended Answer within five days of the Court's entry of the order herein.
6
7  Dated: November 2, 2005    LUSCUTOFF, LENDORMY & ASSOCIATES
8
9       By _____
        JEAN-YVES LENDORMY
        Attorneys for Plaintiff and Counter-Defendant
10        BV RIGHTS ANSTALT
11 Dated: November 3, 2005    DLA PIPER RUDNICK GRAY CARY US LLP
12
13      By _____
        RICHARD I. YANKWICH
        Attorneys for Defendant and Counter-Claimant
14        ABAXIS, INC.
15
16                    **ORDER**
17     IT IS HEREBY ORDERED THAT Abaxis shall file the Amended Answer, in the form
18 attached hereto as Exhibit 1, within five days of the entry of the Court's order.
19     PURSUANT TO STIPULATION, IT IS SO ORDERED.
20 Dated: November 3, 2005

_____
THE HONORABLE SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

-2-
STIPULATION AND [PROPOSED] ORDER RE: ABAXIS' LEAVE TO FILE FIRST
AMENDED ANSWER / CASE NO. C 04-04839 SC
DLA PIPER RUDNICK GRAY CARY US LLP
PA\10432639.1
337946-9
11/03/2005 THU 09:50 [TX/RX NO 5874] @002

# EXHIBIT 1

RICHARD I. YANKWICH (Bar No. 089924)
DIANA NG FUNG (Bar No. 185175)
RAJIV DHARNIDHARKA (Bar No. 234756)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counter-Claimant
ABAXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BV RIGHTS ANSTALT, a Lichtenstein establishment,<br><br>Plaintiff,<br><br>v.<br><br>ABAXIS, INC., a California corporation,<br><br>Defendants.<br>_____<br>ABAXIS, INC., a California corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>BV RIGHTS ANSTALT, a Lichtenstein establishment,<br><br>Counter-Defendant. | CASE NO. C 04-4839 SC<br><br>**FIRST AMENDED ANSWER TO THIRD AMENDED COMPLAINT & AFFIRMATIVE DEFENSES**<br><br>**[DEMAND FOR JURY]**<br><br>Complaint Filed: November 12, 2004 |

Defendant and Counter-Claimant Abaxis, Inc. ("Abaxis") answers the Third Amended Complaint ("TAC") of Plaintiff and Counter-Defendant BV Rights Anstalt ("BV Rights") as follows:

///

///

## JURISDICTION, VENUE, AND INTRA-DISTRICT ASSIGNMENT

1. The allegations in Paragraph 1 of the TAC state legal conclusions to which no response is required. Abaxis denies the remaining allegations in Paragraph 1 of the TAC.

2. The allegations in Paragraph 2 of the TAC state legal conclusions to which no response is required. Abaxis denies that this Court has pendent jurisdiction over Count Three, Breach of Contract, pursuant to 28 U.S.C. §1338(b). Abaxis denies the remaining allegations in Paragraph 2 of the TAC.

3. The allegations in Paragraph 3 of the TAC state legal conclusions to which no response is required. Abaxis is without knowledge or information sufficient to form a belief as to the truth of the allegation that the matter in controversy exceeds one hundred and fifty thousand dollars ($150,000) and based thereon denies such allegation. Abaxis denies the remaining allegations in Paragraph 3 of the TAC.

4. The allegations in Paragraph 4 of the TAC state legal conclusions to which no response is required. Abaxis admits it is a corporation. Abaxis denies the remaining allegations in Paragraph 4 of the TAC.

## PARTIES

5. Abaxis is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the TAC and based thereon denies such allegations.

6. Abaxis admits that it is a corporation incorporated in the State of California and is qualified to do business and is doing business in the State of California. Abaxis' principal executive offices are located at 3240 Whipple Road, Union City, California. Abaxis denies the remaining allegations in Paragraph 6 of the TAC.

## FACTS

7. Abaxis is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the TAC and based thereon denies such allegations.

8. Abaxis is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the TAC and based thereon denies such allegations.

9. Abaxis is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the TAC and based thereon denies such allegations.

10. Abaxis is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the TAC and based thereon denies such allegations.

11. Abaxis is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the TAC and based thereon denies such allegations.

12. Abaxis is without knowledge or information sufficient to form a belief as to the truth of the allegation that "Abaxis would purchase from the various manufacturers of these products" and based thereon denies such allegation. Abaxis alleges that on or about March 11, 1999, Abaxis entered into a Distribution Agreement with Melet Schloesing Laboratoires ("Melet") (the "Melet Agreement"). Abaxis further alleges that, pursuant to the Melet Agreement, Abaxis and Melet entered into a non-exclusive distribution arrangement whereby Abaxis distributed Melet's blood hematological analyzing device ("Melet Analyzers"). Additionally, Abaxis alleges that it entered into an agreement with BV Rights ("BV Rights Agreement") on or about August 16, 1999, whereby Abaxis agreed to pay BV Rights a certain fee for each Melet Analyzer delivered to Abaxis. Abaxis denies the remaining allegations in Paragraph 12 of the TAC.

13. Abaxis alleges that it entered into an agreement titled "Patent and Copyright Fee Agreement" with BV Rights on or about August 16, 1999. Abaxis alleges that it entered into an agreement titled "Amendment to 'BV Rights'/'Abaxis'" on or about December 1, 2000. Abaxis specifically denies that the BV Rights Agreement required Abaxis to pay a licensing fee to BV Rights for each "Patented Device" delivered to Abaxis. Abaxis denies the remaining allegations in Paragraph 13 of the TAC.

14. Abaxis denies the allegations in Paragraph 14 of the TAC.

15. The allegations in Paragraph 15 of the TAC state legal conclusions to which no response is required. Abaxis alleges that it lawfully created a compatible "smart" card for use with the Melet Analyzers. Abaxis denies the remaining allegations contained in Paragraph 15 of

-3-

the TAC.

16. Abaxis admits that it caused the manufacture and distribution of reagents in the United States, Germany, the United Kingdom, the Middle East, and Australia for use with the Melet Analyzers. Abaxis further admits that it purchased and distributed "smart" cards in the United States, Germany, the United Kingdom, the Middle East, and Australia for use with the Melet Analyzers. Abaxis specifically denies that such activities are unfair or illegal. Abaxis denies the remaining allegations in Paragraph 16 of the TAC.

## COUNT ONE

### [Copyright Infringement – Copyright Act of 1976]

### [17 U.S.C. §§101, *et seq.*]

17. In response to Paragraph 17 of the TAC, Abaxis repeats and realleges its responses to Paragraphs 1-16, inclusive, as though set forth in full herein.

18. Abaxis is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the TAC and based thereon denies such allegations.

19. The allegations in Paragraph 19 of the TAC state legal conclusions to which no response is required. Abaxis is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 19 of the TAC and based thereon denies such allegations.

20. The allegations in Paragraph 20 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 20. Abaxis specifically denies that its activities are unlawful.

21. The allegations in Paragraph 21 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 21. Abaxis specifically denies that its activities are unlawful.

22. The allegations in Paragraph 22 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 22. Abaxis specifically denies any allegation that Abaxis has infringed, or is infringing, BV Rights' allegedly

-4-

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10432626.1
337946-9

ABAXIS, INC.'S FIRST AMENDED ANSWER TO THIRD AMENDED COMPLAINT
CASE NO. C 04-4839 SC

copyrighted software. Abaxis specifically denies that it committed any wrongful act.

23. The allegations in Paragraph 23 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 23. Abaxis specifically denies any allegation that Abaxis has infringed, or is infringing, BV Rights' allegedly copyrighted software. Abaxis specifically denies that its conduct has prejudiced BV Rights.

24. The allegations in Paragraph 24 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 24. Abaxis specifically denies any allegation that Abaxis has infringed, or is infringing, BV Rights' allegedly copyrighted software. Abaxis specifically denies that it committed any wrongful act.

25. The allegations in Paragraph 25 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 25. Abaxis specifically denies any allegation that Abaxis has infringed, or is infringing, BV Rights' allegedly copyrighted software. Abaxis specifically denies that it committed any wrongful act. Abaxis denies that it has caused any damage to BV Rights.

26. The allegations in paragraph 26 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 26 of the TAC. Abaxis specifically denies any allegation that Abaxis has infringed, or is infringing, BV Rights' allegedly copyrighted software. Abaxis specifically denies that it committed any wrongful act. Abaxis denies that it has caused any damage to BV Rights.

## COUNT TWO

### [Copyright Infringement – Digital Millennium Copyright Act]

### [17 U.S.C. §§1201, *et seq.*]

27. In response to Paragraph 27 of the TAC, Abaxis repeats and realleges its responses to Paragraphs 1-16, inclusive, as though set forth in full herein.

28. The allegations in Paragraph 28 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 28. Abaxis specifically denies that its conduct violates the Digital Millennium Copyright Act.

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10432626.1
337946-9

-5-
ABAXIS, INC.'S FIRST AMENDED ANSWER TO THIRD AMENDED COMPLAINT
CASE NO. C 04-4839 SC

29. The allegations in Paragraph 29 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 29. Abaxis specifically denies that its conduct violates the Digital Millennium Copyright Act.

30. The allegations in Paragraph 30 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 30. Abaxis specifically denies any allegation that Abaxis has infringed, or is infringing, BV Rights' allegedly copyrighted software.

31. The allegations in Paragraph 31 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 31 of the TAC. Abaxis specifically denies any allegation that Abaxis has infringed, or is infringing, BV Rights' allegedly copyrighted software. Abaxis denies that it has caused any damage to BV Rights.

32. The allegations in Paragraph 32 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 32 of the TAC. Abaxis specifically denies that it committed any wrongful act. Abaxis denies that it has caused any damage to BV Rights.

## COUNT THREE

### [Breach of Contract]

33. In response to Paragraph 33 of the TAC, Abaxis repeats and realleges its responses to Paragraphs 1-16, inclusive, as though set forth in full herein.

34. Abaxis denies the allegations of Paragraph 34 of the TAC.

35. Abaxis denies the allegations of Paragraph 35 of the TAC.

36. Abaxis denies the allegations of Paragraph 36 of the TAC. Abaxis specifically denies that it committed any wrongful act.

37. Abaxis denies the allegations of Paragraph 37 of the TAC. Abaxis specifically denies that it committed any wrongful act. Abaxis denies that it has caused any damage to BV Rights.

## COUNT FOUR

### [Unfair Business Practice]

38. In response to Paragraph 38 of the TAC, Abaxis repeats and realleges its responses to Paragraphs 1-16, inclusive, and Paragraphs 34-36, inclusive, as though set forth in full herein.

39. The allegations in Paragraph 39 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 39 of the TAC. Abaxis specifically denies that it committed any wrongful act.

40. The allegations in Paragraph 40 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 40 of the TAC. Abaxis specifically denies that it committed any wrongful act. Abaxis denies that it has caused any damage to BV Rights.

41. The allegations in Paragraph 41 of the TAC state legal conclusions to which no response is required. Nonetheless, Abaxis denies the allegations of Paragraph 41 of the TAC. Abaxis specifically denies that it committed any wrongful act. Abaxis denies that it caused any damage to BV Rights.

42. Abaxis denies all allegations in the TAC unless those allegations are expressly admitted in the Answer. Abaxis specifically denies that it committed any wrongful act. Abaxis denies that it has caused any damage to BV Rights.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE

#### (Failure to State a Claim)

1. BV Rights' TAC, and each purported claim therein, fails to state facts sufficient to constitute a claim upon which relief may be granted against Abaxis.

### SECOND AFFIRMATIVE DEFENSE

#### (Copyright Invalidity)

2. BV Rights' copyright infringement claims are barred on the grounds that its copyrights are invalid for lack of originality.

-7-

## THIRD AFFIRMATIVE DEFENSE
## (Lack of Copyright Ownership)

3. BV Rights' copyright infringement claims are barred on the grounds that BV Rights lacks copyright ownership in the subject matter claimed to be copyrighted.

## FOURTH AFFIRMATIVE DEFENSE
## (Copyright Misuse)

4. BV Rights' TAC, and each purported claim therein, is barred because of BV Rights' copyright misuse.

## FIFTH AFFIRMATIVE DEFENSE
## (Fair Use)

5. BV Rights' TAC, and each purported claim therein, is barred by the fair use doctrine.

## SIXTH AFFIRMATIVE DEFENSE
## (De Minimis Copying)

6. BV Rights' copyright infringement claims are barred by the de minimis copying doctrine.

## SEVENTH AFFIRMATIVE DEFENSE
## (Reverse Engineering 17 U.S.C. § 1201(f))

7. BV Rights' TAC, and each purported claim therein, is barred by the statutory exception provided by 17 U.S.C. § 1201(f) for reverse engineering.

## EIGHTH AFFIRMATIVE DEFENSE
## (Unclean Hands)

8. BV Rights' TAC, and each purported claim therein, is barred pursuant to the doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE
## (Standing)

9. BV Rights' TAC, and each purported claim therein, is barred because of lack of standing.

-8-

## TENTH AFFIRMATIVE DEFENSE

### (Privilege of Competition)

10. BV Rights' unfair business practices claim is barred by the privilege of competition based on the fact that Abaxis did not use wrongful means to advance an interest in competing in the free market.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Laches)

11. BV Rights has delayed, for an unreasonable period of time, asserting its claims against Abaxis and those delays have prejudiced Abaxis. BV Rights' TAC, and each purported claim therein, is therefore barred by the doctrine of laches.

## TWELFTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

12. BV Rights has failed to act reasonably to mitigate or to minimize the damages it has alleged.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Estoppel)

13. BV Rights is estopped by its own acts or omissions from recovery against Abaxis for the alleged loss, injury or damage suffered by it, if any.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Waiver)

14. BV Rights' TAC, and each purported claim therein, is barred pursuant to the doctrine of waiver.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Innocent Intent)

15. BV Rights' copyright infringement claims are barred and/or BV Rights' remedies are limited on grounds that Abaxis had innocent intent in the alleged acts in BV Rights' TAC.

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10432626.1
337946-9

-9-
ABAXIS, INC.'S FIRST AMENDED ANSWER TO THIRD AMENDED COMPLAINT
CASE NO. C 04-4839 SC

## SIXTEENTH AFFIRMATIVE DEFENSE

### (License)

16. BV Rights' TAC, and each purported claim therein, is barred because Abaxis had a license to copy and/or use any copyrights alleged in the TAC.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Adequate Remedies at Law)

17. BV Rights' claims for injunctive or other equitable relief are barred because BV Rights has an adequate remedy at law.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Failure to Join an Indispensable Party)

18. BV Rights' TAC, and each purported claim therein, is barred for failure to join an indispensable party.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

19. BV Rights' TAC, and each purported claim therein, is barred by the statute of limitations.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Acts of Third Parties)

20. Any damages sustained by BV Rights were proximately caused, in whole or in part, by the negligent conduct, intentional conduct, and/or intervening conduct of persons or entities other than Abaxis, for which Abaxis is not liable or responsible.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Preemption)

21. BV Rights' California unfair business practices claim is preempted by federal copyright law.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (No Meeting of the Minds)

22. Each and every alleged claim for relief against Abaxis which relies on the existence of any purported contract, other than those whose existence Abaxis has admitted herein, is barred in whole or in part because there was no meeting of the minds on the terms alleged.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Breach of Covenant of Good Faith and Fair Dealing)

23. Each and every alleged claim for relief against Abaxis which relies on the existence of any purported contract is barred in whole or in part because BV Rights breached the covenant of good faith and fair dealing of any such purported contract.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Failures of Conditions Precedent, Concurrent and/or Subsequent)

24. Each and every alleged claim for relief against Abaxis which relies on the existence of any contract is barred in whole or in part by failures of conditions precedent, concurrent, and/or subsequent.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Failure to Perform Obligations under Contract)

25. Abaxis was excused from performing any alleged obligations under any purported contract due to BV Rights' failure to perform its obligations under the alleged contract.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Offset)

26. To the extent that any money is determined to be owed by Abaxis to BV Rights, such debt must be offset by amounts which BV Rights owes to Abaxis.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Statute of Frauds)

27. BV Rights' breach of contract claim is barred by the statute of frauds to the extent that it is based upon an oral contract.

-11-

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10432626.1
337946-9

ABAXIS, INC.'S FIRST AMENDED ANSWER TO THIRD AMENDED COMPLAINT
CASE NO. C 04-4839 SC

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Exhaust Contractual Remedies)

28. BV Rights' TAC, and each purported claim therein, is barred because BV Rights failed to exhaust the remedies provided for in the contract.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Lack of Consideration)

29. BV Rights' TAC, and each purported claim therein, is barred by a lack and/or failure of consideration.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Parol Evidence Rule)

30. Insofar as BV Rights' TAC, and/or certain of the claims alleged therein, seeks relief based upon certain oral statements, representations, and/or agreements made prior to, or contemporaneous with, the integrated, written agreement of the parties, the TAC, and those purported claims, are barred by the Parol Evidence rule.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (Uncertainty)

31. Each and every alleged claim for relief against Abaxis which relies on the existence of any contract, other than those whose existence Abaxis has admitted herein, is barred in whole or in part due to the uncertainty of the terms and conditions of any alleged contract or portion thereof.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Cancellation/Termination)

32. BV Rights' TAC, and each purported claim therein, is barred in whole or in part, in that BV Rights, by its own acts, errors and omissions, has caused the alleged agreement or account with Plaintiff to be terminated or cancelled.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

33. BV Rights' TAC, and each purported claim therein, is barred in whole or in part

-12-

DLA PIPER RUDNICK   PA\10432626.1   ABAXIS, INC.'S FIRST AMENDED ANSWER TO THIRD AMENDED COMPLAINT
GRAY CARY US LLP    337946-9        CASE NO. C 04-4839 SC

because BV Rights would be unjustly enriched if it is permitted to recover on the TAC.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (Intermediate Copying of a Computer Program 17 U.S.C. § 117(a))

34. BV Rights' copyright infringement claims are barred by 17 U.S.C. § 117(a), which permits the creation of a new copy or adaptation that is created as an essential step in the utilization of the computer program in conjunction with a machine.

## PRAYER

Wherefore, Abaxis prays for relief as follows:

1. That BV Rights take nothing by reason of the TAC;
2. That the TAC be dismissed with prejudice;
3. That Abaxis be awarded attorneys' fees;
4. That Abaxis be awarded cost of suit; and
5. For such other and further relief as the Court deems just and proper.

## JURY DEMAND

Abaxis demands trial by jury of all claims triable to a jury in this action.

Dated: November ___, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
RICHARD I. YANKWICH
DIANA NG FUNG
RAJIV DHARNIDHARKA
Attorneys for Defendant and Counter-Claimant
ABAXIS, INC.